UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOHN WESLEY LANE, ) <br> ) <br> Defendant. ) | Case No. 2:13MJ00187-DAD-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOHN WESLEY LANE__, Case No. __2:13MJ00187-DAD-1__, Charge __21USC § 846, 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___ Release on Personal Recognizance

  ___ Bail Posted in the Sum of $ _75,000.00_

   ___ Unsecured Appearance Bond

   ___ Appearance Bond with 10% Deposit

   ___ Appearance Bond with Surety

   ___ Corporate Surety Bail Bond

   ✔ (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _June 14, 2013_ at _2:00 pm_ .

By _____[signature]_____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal